UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT BRET LAFERRIERE,

           Plaintiff,

  v.

JENEFFER BALTZWELL, *et al.*,

           Defendants.

Case No. 3:21-cv-05175-RAJ-TLF

ORDER DISMISSING CERTAIN DEFENDANTS

    The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's claims against defendants Stielau, Creed, Yelverton, Dahue, Brewer, Hallenred and Gleeson are DISMISSED without prejudice; this case shall proceed only upon plaintiff's religious exercise claims against defendants Baltzwell, Wakeman and Manio; and

(3) This case is re-referred to Judge Fricke for further proceedings, including establishing a deadline by which plaintiff may amend his complaint. If plaintiff does not file an amended complaint by the date established by Judge Fricke, plaintiff's original complaint (Dkt. 5) shall be the operative complaint in this matter.

Dated this 11th day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge