1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT BRET LAFERRIERE,

                  Plaintiff,

    v.

JENEFFER BALTZWELL, et al.,

                 Defendants.

Case No. 3:21-cv-05175-RAJ-TLF

ORDER GRANTING
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    defendants' motion for summary judgment is GRANTED; and

    (3)    plaintiff's complaint is DISMISSED with prejudice.

Dated this 20th day of March, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 1